## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| WILLIAM WHITE as Parent and, | ) | |
| Next Friend of MONICA | ) | |
| WENTWORTH, and as the Personal | ) | |
| Representative of the ESTATE OF | ) | Docket no. 2:12-cv-098-NT |
| LISA WHITE and as the Personal | ) | |
| Representative of the ESTATE OF | ) | |
| MARISSA WHITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THE HARTFORD, d/b/a SENTINEL | ) | |
| INSURANCE COMPANY, LTD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON PLAINTIFF'S MOTION FOR
## APPROVAL OF MINOR SETTLEMENT

Plaintiff William E. White, Individually and as Parent and Next Friend of Monica Wentworth, a minor, has filed a motion for settlement of the claim of Monica Wentworth against The Hartford d/b/a Sentinel Ins. Co., Ltd. regarding injuries sustained on or about November 7, 2009 in Auburn, Maine. The Motion is governed by Local Rule 41.2 and 14 M.R.S.A. § 1605 and supported by the Plaintiff's representations in his motion and Exhibits 1 through 9 attached thereto, as well as the memorandum of the Plaintiff's attorney, Sheldon J. Tepler, Esq. and Exhibits 1 through 9 attached thereto. The motion for approval is GRANTED.

The Court HEREBY ORDERS that the proceeds of the settlement of Monica Wentworth be paid out as follows: A total settlement in the amount of $100,000; out of this amount, $30,000 shall be paid to Medicaid / Mainecare to discharge their lien

1

for medical expenses paid on Monica Wentworth's behalf arising out of the incident; an additional $33,330.00 shall be paid to Hardy, Wolf & Downing as attorney's fees; and the remaining $36,670.00 shall be delivered to William E. White for deposit in an interest-bearing account at Androscoggin Savings Bank for the benefit of Monica Wentworth. Attorney Tepler has represented that he shall apply to the Maine Superior Court for an order releasing $25,000 from another settlement that has been held in escrow pending resolution of MaineCare's lien, and that these funds will be provided to William E. White for the benefit of Monica Wentworth on terms established by that Court for the release of such funds. A copy of this Order shall be provided to the depository bank. No withdrawal shall be made from this account until Monica Wentworth reaches the age of eighteen (18) years old, except as approved by this Court.

It is FURTHER ORDERED that William E. White shall file a sworn affidavit not later than thirty days after entry of this Order verifying that the settlement funds for Monica Wentworth's benefit have been deposited into a certificate of deposit or other interest bearing account at a federally insured financial institution, and that she has provided a copy of this Order to that financial institution.

It is FURTHER ORDERED that William E. White shall execute the Release attached to Plaintiff's motion (Doc. # 6-7), releasing the Defendant from all further claims. Any deviation from the plan requires approval by the Court upon motion.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 5th day of June, 2012.

2